| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Papalia, Vincent F. | 2. Court or Organization<br><br>United States Bankruptcy Court for District of New Jersey | 3. Date of Report<br><br>07/07/2020 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>12/31/2019 |

**7. Chambers or Office Address**

M.L. King Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/2015 | Saiber LLC - Retirement Benefit - Bi-Weekly payments over 5 years, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 07/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Saiber L.L.C. - Payment of Retirement Benefit (see Part II) | $29,792.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Ramapo College - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | 2019 ABI Mid-Atlantic Bankruptcy Workshop | August 2-3, 2019 | Hershey, PA | Speaker, Bankruptcy Workshop; Education | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 07/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC | Mortgage (Rental Property #1) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. PNC BANK ACCOUNT (cash) | A | Interest | J | T | | | | | |
| 3. RENTAL PROPERTY #1 SEASIDE PARK, NJ | D | Rent | N | R | | | | | |
| 4. BROKERAGE ACCT #1 (H) | | | | | | | | | |
| 5. FIDELITY GOVT MONEY MKT CAP. RESERVES (cash) | A | Dividend | J | T | | | | | |
| 6. EVERSOURCE ENERGY COM | A | Dividend | J | T | | | | | |
| 7. PUBLIC SERVICE ENTERPRISE GROUP | A | Dividend | K | T | | | | | |
| 8. T ROWE PRICE CAP APPREC (PRWCX) | B | Dividend | K | T | Buy | 01/25/19 | K | | |
| 9. BLACKROCK MULTI ASSET INCOME INSTL | B | Dividend | K | T | | | | | |
| 10. VANGUARD GLOBAL WELLINGTON ADMIRAL (VGWAX) | | None | | | Sold | 01/25/19 | K | | |
| 11. IRA #1 (H) | | | | | | | | | |
| 12. FIDELITY GOVT MONEY MKT CAP. RESERVES (FZAXX) (cash) | A | Dividend | J | T | | | | | |
| 13. AMERICAN FUNDS, AMERICAN BALANCED FUND F2 (AMBFX) | C | Dividend | L | T | | | | | |
| 14. JPMORGAN HEDGED EQUITY CL I (JHEQX) | A | Dividend | K | T | Buy | 01/25/19 | K | | |
| 15. JP MORGAN STRATEGIC INCOME OPPS (JSOSX) | | None | | | Sold | 01/25/19 | K | | |
| 16. LORD ABBETT GROWTH LEADERS FUND F (LGLFX) | B | Dividend | K | T | | | | | |
| 17. T ROWE PRICE CAP APPRECIATION (PRWCX) | C | Dividend | L | T | Buy (add'l) | 01/25/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. VANGUARD BALANCED INDEX ADMIRAL (VBIAX) | A | Dividend | K | T | | | | | |
| 19. VANGUARD GLOBAL WELLINGTON ADMIRAL (VWENX) | | None | | | Sold | 01/25/19 | K | | |
| 20. VANGUARD HEALTH CARE ADMIRAL (VGHAX) | C | Dividend | K | T | | | | | |
| 21. PIMCO INCOME FUND INSTITUTIONAL FUND (PIMIX) | C | Dividend | L | T | | | | | |
| 22. BROKERAGE ACCT #2 (H) | | | | | | | | | |
| 23. FIDELITY GOVT. MONEY MKT CAP. RESERVES (FZAXX) | A | Dividend | J | T | | | | | |
| 24. AMERICAN BALANCED FUND F2 (AMBFX) | B | Dividend | K | T | | | | | |
| 25. T ROWE PRICE CAP APPREC (PRWCX) | B | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |
| 26. BLACKROCK STRATEGIC MUNI OPPORTUNITIES (MAMTX) | A | Dividend | K | T | Buy | 01/11/19 | K | | |
| 27. BLACKROCK MULTI ASSET INCOME PORT A (BIICX) | A | Dividend | | | Sold | 01/11/19 | K | | |
| 28. MFS MUNICIPAL HIGH INC FD I (MMIIX) | B | Dividend | K | T | | | | | |
| 29. PIMCO INCOME FUND A (PIMIX) | B | Dividend | K | T | | | | | |
| 30. VIRTUS NEWFLEET LOW DUR INC I (HIBIX) | A | Dividend | | | Sold | 01/11/19 | J | | |
| 31. IRA #2 (H) | | | | | | | | | |
| 32. AT&T (T) | A | Dividend | J | T | | | | | |
| 33. ALTRIA GROUP (MO) | A | Dividend | J | T | | | | | |
| 34. AXA-ADR (AXAHY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  THE BLACKSTONE GROUP LP (BX) | A | Dividend | | | Sold | 04/26/19 | J | A | |
| 36.  BRISTOL MYERS SQUIBB (BMY) | A | Dividend | J | T | | | | | |
| 37.  CATERPILLAR (CAT) | A | Dividend | K | T | | | | | |
| 38.  FORD MOTOR COMPANY (F) | A | Dividend | J | T | | | | | |
| 39.  GILEAD SCIENCES INC NEW (GILD) | A | Dividend | J | T | Buy<br>(add'l) | 04/26/19 | J | | |
| 40.  HOME DEPOT (HD) | A | Dividend | K | T | | | | | |
| 41.  INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 42.  KINDER MORGAN INC (KMI) | | None | J | T | Buy | 12/10/19 | J | | |
| 43.  MERCK & CO (MRK) | A | Dividend | K | T | | | | | |
| 44.  PHILIP MORRIS (PM) | A | Dividend | J | T | | | | | |
| 45.  PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 46.  VALLEY NATIONAL (VLY) | A | Dividend | J | T | | | | | |
| 47.  VERIZON COMMUNICATIONS (VZ) | A | Dividend | J | T | | | | | |
| 48.  WEYERHAEUSER CO (WY) | A | Dividend | J | T | | | | | |
| 49.  SUBURBAN PROPAN (SPH) | A | Distribution | J | T | | | | | |
| 50.  NJ ALTER BENE PROGRAM 401(A) #1<br>(H) | | | | | | | | | |
| 51.  TIAA CREF MONEY MARKET R3 | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  NJ ALTER BENE PROGRAM 401(A) #2 (H) | | | | | | | | | |
| 53.  TIAA CREF MONEY MARKET R3 | A | Int./Div. | J | T | | | | | |
| 54.  TIAA STABLE VALUE FUND | A | Int./Div. | K | T | | | | | |
| 55.  IRA #4 (H) | | | | | | | | | |
| 56.  RBC BRANCH SWEEP PROGRAM - MONEY MARKET (cash) | A | Dividend | J | T | | | | | |
| 57.  FEDERATED STRATEGIC VALUE RECORD (SVAIX) | B | Dividend | K | T | | | | | |
| 58.  FUNDVANTAGE TR POLEN GROWTH FD INTSTL (POLIX) | A | Dividend | K | T | Buy | 01/31/19 | K | | |
| 59.  AMERICAN FUNDS, WASHINGTON MUTUAL INV FUND (WMFFX) | C | Dividend | K | T | | | | | |
| 60.  BANK NY MELLON BROKERED INST | A | Interest | | | Sold | 02/28/19 | J | A | |
| 61.  MORGAN STANLEY PVT BK C/D (61760AWY1) | | None | K | T | Buy | 03/04/19 | K | | |
| 62.  FIDELITY ADVISOR STRATEGIC RECORD (FSIDX) | B | Dividend | K | T | | | | | |
| 63.  INVESCO INCOME ALLOCATION FUND (ALAYX) | A | Dividend | | | Sold | 01/31/19 | K | | |
| 64.  IRA #5 (H) | | | | | | | | | |
| 65.  FIRST TRUST DORSEY WRIGHT (FV) | A | Dividend | K | T | | | | | |
| 66.  ISHARES CORE S&P (IJR) | A | Dividend | J | T | | | | | |
| 67.  ISHARES CORE S&P 500 ETF (IVV) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. FIRST TR EXCHANGE TRADED ALPHADEX EMERGING MKTS SM CAP ALPHADEX (FEMS) | A | Dividend | J | T | | | | | |
| 69. VANGUARD FTSE DEVELOPED (VEA) | B | Dividend | K | T | | | | | |
| 70. VANGUARD TOTAL INTERNATIONAL ETF (BNDX) | A | Dividend | J | T | | | | | |
| 71. ISHARES JP MORGAN USD (EMB) | A | Dividend | J | T | | | | | |
| 72. FIRST TRUST ENHANCE SHORT MATURITY (FTSM) | A | Dividend | J | T | | | | | |
| 73. ISHARES CORE (GOVT) | A | Dividend | J | T | | | | | |
| 74. FIRST TRUST FUND IV TACTICAL HIGH YIELD (HYLS) | A | Dividend | J | T | | | | | |
| 75. ISHARES IBOXX $ INVESTMENT (LQD) | A | Dividend | J | T | | | | | |
| 76. BANK NY MELLON BROKERED INST (06405VAL3) | A | Interest | | | Redeemed | 02/28/19 | J | | |
| 77. MORGAN STANLEY PVT BK C/D (61760AWY1) | | None | J | T | Buy | 03/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Papalia, Vincent F.** | 07/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3: Purchased March 2005 for $590,000 (1/2 interest).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vincent F. Papalia**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544